**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
lisa@schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John William Sullivan,<br><br>                                Plaintiff,<br>vs.<br><br>Unum Life Insurance Company of America; Humana Multi Benefit Plan,<br><br>                                Defendants. | Case No.: 2:21-01513-PHX-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF HUMANA MULTI BENEFIT PLAN** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff gives notice that he voluntarily dismisses Humana Multi Benefit Plan with prejudice. No Answer or other responsive pleading has been filed by this Defendant.

Dated this 10th day of December 2021.

SCHIFFMAN LAW OFFICE, P.C.


By: */s/ Lisa J. Counters*
      Lisa J. Counters